# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROOT,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-02267-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

Pending before the Court is a stipulation to extend by 30 days the deadline for American Express National Bank to respond to the complaint. Docket No. 10. The reason provided for the request is that recently retained counsel requires more time to investigate and prepare a response. *See id.* at 1-2. Such reasoning suffices in this case for a 14-day extension. Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. The deadline for American Express National Bank to respond to the complaint is **EXTENDED** to February 12, 2021.

IT IS SO ORDERED.

Dated: January 25, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1