**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JAMES ROOT,

    Plaintiff(s),

vs.

AMERICAN EXPRESS NATIONAL BANK, et al.

    Defendant(s).

Case # 2:20-cv-02267-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Cristina A. Guido_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Stroock & Stroock & Lavan LLP_____
(firm name)

with offices at _____2029 Century Park East, 18th Floor_____,
(street address)

_____Los Angeles_____, _____California_____, _____90067_____,
(city)                          (state)                        (zip code)

_____(310) 556-5872_____, _____cguido@stroock.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____American Express National Bank_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3. That since December 2, 2013 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | December 11, 2013 | 292089 |
| Eastern District of California | December 16, 2013 | 292089 |
| Southern District of California | December 13, 2013 | 292089 |
| Northern District of California | October 16, 2019 | 292089 |
| United States Court of Appeals, Ninth Circuit | January 10, 2018 | 292089 |
| California Supreme Court | December 2, 2013 | 292089 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association - See attached Exhibit A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Nevada____ )
COUNTY OF ____Carson City____ )

____Cristina A. Guido____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

____ day of __03/04/2021__,

Notary _____ Court

STEVEN E TACKES
NOTARY PUBLIC
STATE OF NEVADA
Commission # 99-4148-3
My Appt. Expires July 10, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Robert McCoy____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1980 Festival Plaza Drive, Suite 650____,
(street address)

____Las Vegas____, ____Nevada____, ____89135____,
(city)            (state)            (zip code)

____(702) 792-7000____, ____rmccoy@kcnvlaw.com____.
(area code + telephone number)   (Email address)

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Robert McCoy_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Chalon T Allen* (DocuSigned)
(party's signature)

Chalon Allen, Senior Litigation Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9121                    rmccoy@kcnvlaw.com
Bar number              Email address

APPROVED:

DATED this 24th day of March, 2021.

RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16




## 31487675_1 AmEx_Root v2- Verified Petition to Practive Pro Hac Vice of C. Guido.pdf

| | |
|---|---|
| DocVerify ID: | 58B3E453-CE5C-489C-8169-AD50428B0397 |
| Created: | March 04, 2021 09:26:23 -8:00 |
| Pages: | 4 |
| Remote Notary: | Yes / State: NV - Notarial act performed by means of audio video communication |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Cristina A. Guido (CAG)**
March 04, 2021 09:36:08 -8:00 [5BDA4E4FCD54] [163.116.132.118]
cguido@stroock.com (Principal) (Personally Known)

**E-Signature Notary: Steven E. Tackes (SET)**
March 04, 2021 09:36:08 -8:00 [A50E00DA6AAE] [209.58.238.146]
stackes@kcnvlaw.com
I, Steven E. Tackes, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *CRISTINA ANASTASSIA GUIDO*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that CRISTINA ANASTASSIA GUIDO #292089, was on the 2nd day of December 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of February 19th, 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Florentino Jimenez, Assistant Deputy Clerk