Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROOT, an individual;<br><br>Plaintiff;<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-02267-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION & STAY ACTION**<br><br>**[First Request]** |

Under LR IA 6-1, Plaintiff, James Root ("Plaintiff"), and Defendant, American Express National Bank ("Amex") have agreed to extend the time for Plaintiff to file a Response to Amex's Motion to Compel Arbitration and Stay Action [ECF No. 24] ("Motion to Compel") through **April 30, 2021.** Amex filed its Motion to Compel on April 9, 2021 and the current response deadline is April 23, 2021.

The parties request this brief one-week extension to permit Plaintiff additional time to research relevant case law and prepare the necessary briefing to adequately respond to Amex's 20-page Motion to Compel. Plaintiff's counsel is in the process of moving and this has caused a temporary disruption and delay in response time.

///

///

///

This is the first request for an extension to respond to Amex's Motion to Compel and this request is made in good faith and not for the purpose of delay.

Dated: April 22, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 22, 2021

**STROOCK & STROOCK & LAVAN LLP**

*/s/ Cristina A. Guido*
Cristina A. Guido, Esq.
California Bar No. 292089 (*pro hac vice*)
2029 Century Park East, 18th Floor
Los Angeles, California 90067
cguido@stroock.com

**KAEMPFER CROWELL**

Robert McCoy, Esq.
Nevada Bar No. 9121
Sihomara Graves, Esq.
Nevada Bar No. 13239
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
rmccoy@kcnvlaw.com
sgraves@kcnvlaw.com
*Attorneys for Defendant American Express National Bank*

**IT IS SO ORDERED:**



DATED this 23rd day of April, 2021.