Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROOT, an individual;<br><br>　　　　　　　　　　Plaintiff;<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　　　　　Defendants. | Case No.: 2:20-cv-02267-RFB-NJK<br><br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT AMERICAN EXPRESS NATIONAL BANK'S MOTION TO STAY DISCOVERY [ECF NO. 32]**<br><br>**[First Request]** |

Under LR IA 6-1, Plaintiff, James Root ("Plaintiff"), and Defendant, American Express National Bank ("Amex") have agreed to extend the time for Plaintiff to file a Response to Amex's Motion to Stay Discovery Pending a Ruling on its Motion to Compel Arbitration and Stay Action [ECF No. 32] ("Motion to Stay") through **June 8, 2021.** Amex filed its Motion to Stay on May 18, 2021, and the current response deadline is June 1, 2021.

The parties request this brief one-week extension to permit Plaintiff additional time to research relevant case law and prepare the necessary briefing to adequately respond to Amex's Motion to Stay. The Parties agree Amex will also have an additional week to file its reply brief, to and including **June 22, 2021**.

///

///

///

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue Suite 270
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

This is the first request for an extension to respond to Amex's Motion to Stay and this request is made in good faith and not for the purpose of delay.

Dated: May 31, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: May 31, 2021

**KAEMPFER CROWELL**

*/s/ Sihomara Graves*
Robert McCoy, Esq.
Nevada Bar No. 9121
Sihomara Graves, Esq.
Nevada Bar No. 13239
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
rmccoy@kcnvlaw.com
sgraves@kcnvlaw.com

**STROOCK & STROOCK & LAVAN LLP**

*/s/ Cristina A. Guido*
Cristina A. Guido, Esq. (pro hac vice)
2029 Century Park East, 18th Floor
Los Angeles, California 90067
cguido@stroock.com
*Attorneys for Defendant American Express
National Bank*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: _____June 1, 2021_____

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue Suite 270
Las Vegas, Nevada 89123
(702) 563-4450  FAX: (702) 552-0408