UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROOT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02267-RFB-NJK<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL** |

Stroock & Stroock & Lavan LLP ("Stroock"), attorneys of record for defendant American Express National Bank ("American Express"), hereby notify the Court and all counsel of record of the withdrawal of Cristina A. Guido as counsel for American Express National Bank in this action, as she is no longer affiliated with Stroock.

1 | Kaempfer Crowell will continue to represent American Express in this
2 | action.

KAEMPFER CROWELL

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendant American
Express National Bank

IT IS SO ORDERED.

Dated: July 6, 2021

NANCY J. KOPPE
U.S. MAGISTRATE JUDGE